# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

United States of America,                                              Criminal No. 08-232  MJD/AJB

       Plaintiff,

v.                                                                                                    **ORDER**

(8)     Jerry Martese Dubose,

       Defendant.


       Andrew Winter, Esq., Assistant United States Attorney, for the plaintiff, United States of America; and
       Nancy R. Vanderheider, Esq., for defendant Jerry Martese Dubose.

       Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 12, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Jerry Martese Dubose's Motion for Severance of Defendants is **denied** [ Docket No. 187].


Dated: December 31, 2008


                                                s/Michael J. Davis
                                                Michael J. Davis
                                                Chief Judge
                                                United States District Court