AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jerry Martese Dubose | ) | Case No: 08-cr-232(8) (MJD/AJB) |
| | ) | USM No: 40605-424 |
| Date of Original Judgment: 11/18/2009 | ) | |
| Date of Previous Amended Judgment: | ) | pro se |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **months is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____      Amended Total Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____    Amended Guideline Range: _____

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE
☐ The reduced sentenced is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

### II. ADDITIONAL COMMENTS
Defendant was sentenced to 120 months in prison, the statutory mandatory minimum. 21 U.S.C. § 841(b)(1)(A). Because he was sentenced to the statutory minimum sentence, Defendant is not eligible for a sentence reduction based on the amended crack guidelines. See United States v. Peters, 524 F.3d 905, 906 (8th Cir. 2008). Also, the reduced statutory mandatory minimum penalties set forth in the Fair Sentencing Act are not applied retroactively. See United States v. Smith, 632 F.3d 1043, 1047-49 (8th Cir. 2011).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED.**
Order Date: March 26, 2012                   _____
                                              *Judge's signature*

Effective Date: _____                Michael J. Davis, Chief Judge, D. Minn.
            *(if different from order date)*        *Printed name and title*